AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

E-filing

| ELLEN ANNETTE GOLD | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| LEGAL RECOVERY LAW OFFICES, INC. | ) CV 12-02224  |
| *Defendant* | ) |

ADR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Legal Recovery Law Offices, Inc.
c/o Richard Setter, Agent for Service of Process
5030 Camino de la Siesta, Suite 340
San Diego, California 92108


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Fred W. Schwinn
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, CA 95113-2418


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Tiffany Salinas-Harwell

Date: 5/3/12

*Signature of Clerk or Deputy Clerk*