Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
ELLEN ANNETTE GOLD

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ELLEN ANNETTE GOLD,<br><br>        Plaintiff,<br>    v.<br><br>LEGAL RECOVERY LAW OFFICES, INC., a California corporation,<br><br>        Defendant. | Case No. 5:12-CV-02224-RMW<br><br>**STIPULATION OF DISMISSAL AND [] ORFER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, ELLEN ANNETTE GOLD, and Defendant, LEGAL RECOVERY LAW OFFICES, INC., stipulate, and the Court hereby orders, as follows:

    1.   The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, ELLEN ANNETTE GOLD, against Defendant, LEGAL RECOVERY LAW OFFICES, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated:  November 30, 2012            /s/ Fred W. Schwinn
                                     Fred W. Schwinn, Esq.
                                     Attorney for Plaintiff
                                     ELLEN ANNETTE GOLD

/ / /

/ / /

- 2 -

1   Dated: November 30, 2012                    /s/ Andrew Rundquist
                                                Andrew Rundquist, Esq.
2                                               Attorney for Defendant
3                                               LEGAL RECOVERY LAW OFFICES, INC.

4
5   THE FOREGOING STIPULATION
    IS APPROVED AND IS SO ORDERED.
6
7   Dated: FGEDEFG                              *Ronald M. Whyte* (signature)
                                                The Honorable Ronald M. Whyte
8                                               Judge of the District Court